| | | |
|---|---|---|
| | AUSA:  William Orr | Telephone:  (989) 895-5712 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent:  Nathaniel Sutara, ATF | Telephone:  (810) 964-5981 |

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

United States of America

   v.

## Dominick Michael Medlin

Case No.   1:26-mj-30210
Judge: Morris, Patricia T.
Filed: 04-20-2026

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 2, 2026 _____ in the county of _____ Alpena _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1), and | possession of a firearm as a convicted felon |
| 21 U.S.C. § 841(a) | possession of narcotics with intent to distribute. |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Nathan Satura, ATF
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: _____ April 20, 2026 _____

_____
Judge's signature

City and state:  Bay City, MI

Patricia T. Morris, United States Magistrate Judge
_____
Printed name and title

## AFFIDAVIT

I, Nathan Sutara, being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1.      I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since May 2018. I am currently assigned to the Detroit, Michigan Field Division, Flint Field Office. As an ATF agent, I am tasked with investigating criminal violations involving firearms, narcotics and violent crime offenses including violations of Title 18 and Title 21 of the United States Code. Before working with ATF, I was employed by the Michigan Department of State Police (MSP) for approximately five years. I held several positions with MSP, including Detective/Trooper with the Major Case Unit in Saginaw, Michigan. During this employment, I investigated numerous incidents involving violations of state and federal firearms laws, robberies, shootings, and homicides, as well as narcotics trafficking.

2.      I make this affidavit based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of documents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or

1

all facts of which I am aware relating to this investigation.

3.      Based on the facts below, there is probable cause to believe that on April 2, 2026, Dominick Michael Medlin violated 18 U.S.C. § 922(g)(1), possession of a firearm as a convicted felon and 21 U.S.C. § 841(a), possession of narcotics with intent to distribute.

**BACKGROUND**

4.      In November 2025, MSP Huron Undercover Narcotics Team (HUNT) detectives began an investigation into Dominick Michael Medlin for possessing a firearm and trafficking narcotics in the Alpena area.

5.      During their investigation, Detectives spoke with several individuals who independently confirmed Medlin to be trafficking narcotics. Those individuals further stated Medlin obtains his narcotics from sources in Flint or Saginaw, Michigan, and conducts deals in Traverse City as well as Alpena, Michigan.

6.      On April 1, 2026, detectives observed Medlin's phone location, pursuant to a state search warrant, appearing in Saginaw where individuals indicated he obtained narcotics from.  Detectives then observed the phone begin traveling north toward Alpena.  On April 2, 2026, at approximately 1:30 a.m., Police observed an orange Chevrolet HHR bearing MI/Reg ETW3587 traveling north on US-23 Hwy through Ossineke, consistent with the travel time from Medlin's phone location information. While following the vehicle, police observed it cross the centerline

numerous times. As a result of this, police conducted a traffic stop on US-23 Hwy in the Eastern District of Michigan.

7.      When making contact with the vehicle and its occupants, Medlin was the front seat passenger. During the traffic stop, police conducted a probable cause search of the vehicle and located a locked safe beneath Medlin's seat. Medlin denied knowing about the safe. Police also located another safe in a backpack in the rear of the vehicle. As a result, police obtained search warrants to gain entry into both safes and inside located the following:

**Black Sentry Safe, found in backpack in back of vehicle:**

- Two debit/credit cards belonging to Dominick Medlin
- Glock 22 pistol, .40 caliber, bearing S/N: AFUZ718
- Taurus .357 magnum caliber pistol bearing S/N: A0478276
- Assorted Ammunition
- Three Glock .40 caliber magazines
- .40 Caliber drum-style magazine
- Black scale with white residue
- Baggie containing white powdery substance
    - Approximately 28.6 grams
    - TruNarc test positive for cocaine
- Second baggie with a white substance
    - TruNarc test revealed it tested as baking soda

**Safe under Medlin's seat:**

- Approximately 5.8 grams cocaine
    - TruNarc test positive for cocaine base
- Glass pipe
- Rubber container with white crystal substance

8.      Medlin was ultimately lodged for various firearm and narcotics

charges. On April 4, 2026, during a phone call via the jail with the number (989) 590-7016, Medlin admitted to the firearms being in the back of the vehicle. Medlin also admitted to having an ounce of cocaine and a scale. Medlin stated that it is for personal use and he mixes the cocaine with the baking soda in order to smoke it. However, I have received training and through numerous investigations, gained experience related to user amounts and distribution amounts of various controlled substances including cocaine. Based on that training and experience, I believe 28.6 grams of cocaine is consistent with a distribution amount of cocaine rather than a personal use amount.

9.     After obtaining this report, I conducted a criminal history query into Medlin. At that time, I noted the following felony convictions:

- 2010-Felony controlled substance-Deliver/manufacture (cocaine, heroin, or another narcotic) less than 50 grams x2
    - Pled Guilty
    - 26th Circuit Court, Alpena, MI

- 2010-Felony controlled substance-Deliver/manufacture marijuana/synthetic equivalents x2
    - Pled Guilty
    - 26th Circuit Court, Alpena, MI

- 2016-Felony controlled substance-possess (cocaine, heroin, or another narcotic) less than 25 grams
    - Pled Guilty
    - 26th Circuit Court, Alpena, MI

- 2016-Felony controlled substance-Deliver/manufacture (cocaine, heroin, or another narcotic) less than 50 grams
    - Pled Guilty

- o 26th Circuit Court, Alpena, MI

- 2025-Felony Assault with Intent to do Great Bodily Harm, less than Murder
  - o Pled Guilty
  - o 26th Circuit Court, Alpena, MI

## **CONCLUSION**

10. Based on the above information, I have probable cause that on April 2, 2026, Dominick Michael Medlin violated 18 U.S.C. § 922(g)(1), possession of a firearm as a convicted felon and 21 U.S.C. § 841(a), possession of narcotics with intent to distribute.

Respectfully submitted,

Nathan Sutara
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Patricia T. Morris,
United States Magistrate Judge